**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES ANTHONY GONZALES,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>EDWARD BORLA, Acting Warden,<br><br>　　　　　Respondent. | Case No. 2:22-cv-09221-SB-AJR<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the operative Third Amended Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. Petitioner filed Objections to the Report and Recommendation (the "Objections") and the Court has reviewed the Objections. However, the Objections do not cause the Court to alter its decision to accept and adopt the Report and Recommendation.[1] Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

---

[1] Petitioner largely repeats arguments that were adequately addressed in the Report and Recommendation, including those related to newly discovered evidence, equitable tolling, his counsel's lack of MCLE compliance, and prosecutorial misconduct. He also contends that the Magistrate Judge improperly relied on "additional documents" in his discussion of Ground 5 and failed to consider certain arguments. None of these contentions has merit: there was no improper reliance on information outside the record, and there was adequate consideration of the arguments raised.

IT IS ORDERED that the Third Amended Petition is DENIED.

IT IS FURTHER ORDERED that this action be dismissed WITH PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: January 17, 2024

Stanley Blumenfeld, Jr.
United States District Judge

2