JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ANTHONY GONZALES,<br><br>Petitioner,<br><br>v.<br><br>EDWARD BORLA, Acting Warden,<br><br>Respondent. | Case No. 2:22-cv-09221-SB-AJR<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is DISMISSED WITH PREJUDICE.

Dated: January 17, 2024

_____
Stanley Blumenfeld, Jr.
United States District Judge